**Deny and Opinion Filed May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00619-CV

### IN RE JAMES MCCOY, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F02-02115-V**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to rule on his motion to compel the Dallas County District Attorney's office to respond to questions that he wished answered in conjunction with his petition for writ of habeas corpus in federal court. This Court has not been given general supervisory control over district and county courts. *Texas Emp. Ins. Ass'n v. Kirby*, 150 S.W.2d 123, 126 (Tex. Civ. App.—Dallas 1941, no writ); *see also Guillory v. Davis*, 527 S.W.2d 465, 466 (Tex. Civ. App.—Beaumont 1975, no writ). In a criminal case, to be entitled to mandamus relief, the relator must show two things: (1) that he has no adequate remedy at law, and (2) that what he seeks to compel is a ministerial act. *In re Bonilla*, 424 S.W.3d 528, 533 (Tex. Crim. App. 2014). Consideration of a motion properly filed and before the court is a ministerial act. *State ex rel. Hill v. Court of Appeals for Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (citing *State ex rel. Curry v. Gray*, 726 S.W.2d 125, 128 (Tex. Crim. App. 1987) (opinion on reh'g)). Here, however, even if the motion is on file in

the convicting court, it is not "properly filed" in the trial court. The motion relator has filed in the trial court is a motion to compel discovery against the District Attorney in relator's federal case. The case in which relator has filed his motion is the state criminal case in which he was convicted. The state court that convicted relator does not have the authority to compel discovery in his federal case and, thus, does not have a ministerial duty to rule on relator's motion seeking such discovery. Accordingly, we **DENY** the petition for writ of mandamus.

140619F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE